UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>　　　　　　　　　　Plaintiff(s),<br>　　　　vs.<br>ZINKE, et al.<br><br>　　　　　　　　　　Defendant(s). | Case No. 3:18-cv-00064-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Kristen Monsell                              , hereby apply for permission to appear and
　　　(name)
participate as counsel for Center for Biological Diversity        , plaintiff
　　　　　　　　　　(Name of party)　　　　　　　　　　　　　　(plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒　　I am a registered participant in the CM/ECF System for the District of Alaska and consent

　　　to service by electronic means through the court's CM/ECF System.

☐　　I have concurrently herewith submitted an application to the Clerk of the Court for

　　　registration as a participant in the CM/ECF System for the District of Alaska and consent

　　　to service by electronic means through the court's CM/ECF System.

☐　　For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Kassia Siegel _____, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE: 3/6/18

_____
(Signature)

Kristen Monsell
(Printed Name)

1212 Broadway, Ste. 800
(Address)

Oakland, CA 94612
(City/State/Zip)

510-844-7137
(Telephone Number)

kmonsell@biologicaldiversity.org
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: 3/6/18

_____
(Signature)

Kassia Siegel
(Printed Name)

1212 Broadway, Ste. 800
(Address)

Oakland, CA 94612
(City, State, Zip)

(510) 844-7100
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Kristen Monsell

Business Address: 1212 Broadway, Ste. 800 , Oakland, CA 94612
(Mailing/Street) (City, State, ZIP)

Residence: 3374 64th Ave. , Oakland, CA 94605
(Mailing/Street) (City, State, ZIP)

Business Telephone: 510-844-7137  e-mail address: kmonsell@biologicaldiversity.

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| State Bar of Oregon | P.O. Box 231935 Tigard, OR 97281 | 2009 |
| U.S. District Court of Oregon | 1000 SW Thrid Ave. Portland, OR 97204 | 2012 |
| Ninth Circuit Court of Appeals | P.O. Box 193939 San Francisco, CA 94119 | 2013 |
| State Bar of California | 180 Howard St. San Francisco, CA 94105 | 2015 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 3/6/18

(Signature of Applicant)