

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>KRISTEN A. MONSELL</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that KRISTEN A. MONSELL, #304793, was on the 1st day of September, 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of February, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
I. Calanoc, Senior Deputy Clerk