# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CENTER FOR
BIOLOGICAL
DIVERSITY,

               Plaintiff,

     v.

DAVID BERNHARDT, in his
official capacity as Secretary of
the United States Department of
the Interior, et al.,

               Defendants.

Case No. 3:18-cv-00064-SLG

## ORDER RE ADMINISTRATIVE RECORD APPENDIX

Local Civil Rule 16.3(b)(1)(B) provides as follows:

> (B) If the agency record exceeds 5000 pages:
>
> > (i) the agency must serve the entire agency record on plaintiff and electronically file a certified list of the contents of the agency record with the court; the agency must also file the entire agency record, either electronically or conventionally.
> >
> > (ii) the parties must prepare an appendix containing copies of those portions of the agency record that are cited or otherwise relied upon by the parties in their briefs; they must not burden the appendix with excess material from the agency record that does not relate to the issues raised in the briefs;
> >
> > (iii) the parties must electronically file the appendix, as well as provide any chamber copy required by Local Rule 5.4, not later than 14 days after the final brief is filed; and

(iv) pages in the appendix must retain the original pagination from the administrative record; the parties must cite to the record in their briefs using this pagination.

The administrative record in this case exceeds 5,000 pages. In light of the foregoing, IT IS ORDERED that within **seven (7) days**, the parties will file an appendix in accordance with Local Civil Rule 16.3(b)(1)(B).

DATED this 31st day of July, 2019 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:18-cv-00064-SLG, *Center for Biological Diversity v. Bernhardt*
Order re Administrative Record Appendix
Page 2 of 2

Case 3:18-cv-00064-SLG   Document 52   Filed 07/31/19   Page 2 of 2