Kassia Siegel (AK Bar No. 0106044)
Kristen Monsell (admitted *pro hac vice*)
Emily Jeffers (admitted *pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
Email: ksiegel@biologicaldiversity.org
      kmonsell@biologicaldiversity.org
      ejeffers@biologicaldiversity.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-00064-SLG |

## JOINT APPENDIX OF ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 16.3(b)(1)(B) and this Court's July 31, 2019 order, the parties submit the attached appendix containing those portions of the agency record that are cited or otherwise relied upon by the parties in their briefs. A table of contents for

Joint Appendix of Administrative Record,
*Center for Biological Diversity. v. Bernhardt, et al.*
Case No. 3:18-cv-00064-SLG

1

Case 3:18-cv-00064-SLG   Document 53   Filed 08/06/19   Page 1 of 5

the documents included in the appendix is provided below. The parties will also provide the Court with a chambers copy of these documents.

## TABLE OF CONTENTS

| Tab | Record Citation | Document |
|---|---|---|
| 1 | PW0000106-51 | 2011 FWS 12-Month Finding |
| 2 | PW0000231-58 | 2016 Center comments to FWS |
| 3 | PW0000387-91 | 2017 FWS Region 7 Walrus Listing Memorandum |
| 4 | PW0000392-688 | 2017 FWS Species Status Assessment |
| 5 | PW0000727-32 | 2017 Center comments to FWS |
| 6 | PW0000795-96, 819-21 | 2017 FWS Not Warranted Listing Determination |
| 7 | PW0002158, 2301 | Fay 1982 |
| 8 | PW0006782-83 | Ray et al. 2006 |
| 9 | PW0010524-686 | 2011 FWS Status Review |
| 10 | PW0011249, 58-59 | Jay et al. 2012 |
| 11 | PW0013776-83 | Udevitz et al. 2012 |
| 12 | PW0016103-21 | Grebmeier et al. 2015 |
| 13 | PW0017573, 82 | MacCracken and Benter 2016 |

Joint Appendix of Administrative Record,
*Center for Biological Diversity. v. Bernhardt, et al.*
Case No. 3:18-cv-00064-SLG

2

Case 3:18-cv-00064-SLG   Document 53   Filed 08/06/19   Page 2 of 5

| 14 | PW0017911-28 | Ray et al. 2016 |
| --- | --- | --- |
| 15 | PW0018724, 806 | IPCC 2014 |
| 16 | PW0019003, 12 | Jay et al. 2012 |
| 17 | PW0019125 | Meier et al. 2014 |
| 18 | PW0019158 | Notz and Stroeve 2016 |
| 19 | PW0019235 | Overland and Wang 2013 |
| 20 | PW0019520-29 | Sonsthagen et al. 2014 |
| 21 | PW0019817 | Wilt et al. 2013 |
| 22 | PW0019827 | Wood et al. 2015 |
| 23 | PW0020841-73 | Taylor et al. 2017 |
| 24 | PW0023311-26 | Office of the Solicitor of the U.S. Department of the Interior, Memorandum on the Meaning of "Foreseeable Future", No. M-37021 |
| 25 | PW0026257 | Jones et al. 2009 |
| 26 | PW0026313,31 | Laidre et al. 2008 |
| 27 | PW0029201-03 | Alaska Dep't of Fish and Game 1984 |
| 28 | PW0029475-80 | 2011 Marine Mammal Commission Comments to FWS |

Joint Appendix of Administrative Record,
*Center for Biological Diversity. v. Bernhardt, et al.*
Case No. 3:18-cv-00064-SLG

3

| 29 | PW0029501-07 | Peer Review of Draft Status Assessment |
| --- | --- | --- |
| 30 | PW0029515-21 | Peer Review of Draft Status Assessment |
| 31 | PW0029522, 736, 846 | Draft Status Assessment with Comments |

DATED: August 6, 2019          Respectfully Submitted,

/s/ *Emily Jeffers*
Emily Jeffers
Kristen Monsell
Center for Biological Diversity
1212 Broadway, Ste. 800
Oakland, CA 94612
Telephone: 510-844-7137
Email: ejeffers@biologicaldiversity.org
              kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff*

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Defendants*

Joint Appendix of Administrative Record,
*Center for Biological Diversity. v. Bernhardt, et al.*
Case No. 3:18-cv-00064-SLG
4

Case 3:18-cv-00064-SLG   Document 53   Filed 08/06/19   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a true and correct copy of the foregoing Joint Appendix of Administrative Record was served electronically on all counsel of record using the CM/ECF system.

                                      /s/ *Emily Jeffers*
                                      Emily Jeffers

Joint Appendix of Administrative Record,
*Center for Biological Diversity. v. Bernhardt, et al.*
Case No. 3:18-cv-00064-SLG

5

Case 3:18-cv-00064-SLG   Document 53   Filed 08/06/19   Page 5 of 5