# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CENTER FOR
BIOLOGICAL DIVERSITY,
    Plaintiff,

v.

Case Number 3:18-cv-00064-SLG

DAVID BERNHARDT, in his
official capacity as Secretary of
the United States Department of
the Interior, et at.,,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    For the reasons set forth in the order docketed at ECF No. 54, IT IS ORDERED as follows: CBD's Motion for Summary Judgment at Docket 35 is DENIED and Defendants' Motion for Summary Judgment at Docket 39 is GRANTED.
The Clerk of Court is directed to enter a final judgment accordingly.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: September 26, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

    Jennifer Gamble
Jennifer Gamble, Acting Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}