UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEB HAALAND, in her official capacity as Secretary, U.S. Department of the Interior; et al.,<br><br>　　　　Defendants - Appellees. | No. 19-35981<br><br>D.C. No. 3:18-cv-00064-SLG<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered June 03, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Rebecca Lopez
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7