# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br>  v.<br><br>DEB HAALAND, in her official capacity as Secretary of the U. S. Department of the Interior, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-00064-SLG |

## **ORDER OF REMAND**

Pursuant to mandate issued by the Court of Appeals for the Ninth Circuit (Docket 66), IT IS ORDERED that this matter is REMANDED to the Service to provide a sufficient explanation of its new position.

DATED this 10th day of August, 2021, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE