Kassia Siegel (AK Bar # 0106044)
Kristen Monsell (*Pro Hac Vice*)
Emily Jeffers (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
ejeffers@biologicaldiversity.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     *Plaintiff*,<br>v.<br><br>DEBRA HAALAND, et al.,<br><br>     *Defendants*. | Civil Action No. 3:18-cv-00064-SLG |

**DECLARATION OF EMILY JEFFERS IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR FEES AND COSTS**

I, Emily Jeffers, hereby declare under penalty of perjury that the following facts are true and correct:

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters that reflect an opinion, they reflect my personal opinion and judgment upon the matter. I submit this declaration in support of Plaintiff's Application for Attorneys' Fees and Costs, which seeks an award of attorney fees under the Equal Access to Justice Act ("EAJA").

2. I am an attorney at the Center for Biological Diversity.

3. I, along with my colleagues Kristen Monsell and Howard Crystal represented Plaintiff Center for Biological Diversity in this case.

4. I obtained my law degree in 2010 from the University of California, Berkeley Law School, with a certificate in environmental law. While in law school I participated in the Ecology Law Quarterly journal.

5. After law school I worked for one year as a judicial law clerk to the Honorable Justice Gregory Hobbs Jr. of the Colorado Supreme Court. I have worked at the Center since November 2011.

6. I have been a staff attorney at the Center for Biological Diversity for over 10 years. In that time, my legal practice has focused on environmental law under the Endangered Species Act and the Administrative Procedure Act, including multiple cases

*Ctr. for Biological Diversity v. Haaland*  Jeffers Decl.
Case No. 3:18-cv-00064-SLG  Page 1

Case 3:18-cv-00064-SLG   Document 72   Filed 11/30/21   Page 2 of 3

challenging the federal government's listing determinations under the Endangered Species Act. In addition, I have litigated cases under the Clean Water Act, the National Environmental Policy Act, the Freedom of Information Act, and other environmental laws.

6. For work performed on this matter in the District of Alaska, I am seeking compensation for my time at my 2018–2019 rate of $325 per hour. For work performed in the appellate case before the Ninth Circuit Court of Appeals I am seeking compensation at a rate of $625 per hour. In setting my hourly rate, I consulted with Kristen Monsell and reviewed related case law in the District of Alaska, Northern District of California, and in the California Court of Appeals. As reflected in the Declaration of Kristen Monsell, my rates are well within the prevailing market rates for attorneys in the Anchorage and San Francisco areas with skill and experience similar to mine.

7. Attached as Exhibit 1 is a true and correct copy of the time records that I personally and contemporaneously kept to document the hours I worked in this case for which I am seeking to recover an attorney's fee award. I reviewed my time records and exercised billing judgment by excluding time that I considered inefficiently spent. \

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2021         *s/ Emily Jeffers*
                                      Emily Jeffers

*Ctr. for Biological Diversity v. Haaland*                                      Jeffers Decl.
Case No. 3:18-cv-00064-SLG                                                          Page 2

Case 3:18-cv-00064-SLG   Document 72   Filed 11/30/21   Page 3 of 3