# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U. S. Department of the Interior, *et al.*,<br><br>                    Defendants. | Case No. 3:18-cv-00064-SLG |

## ORDER RE JOINT STIPULATION TO STAY BRIEFING ON PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS

Before the Court at Docket 69 is the parties' *Joint Stipulation to Stay Briefing on Plaintiff's Application for Attorneys' Fees and Costs*, pursuant to the Equal Access to Justice Act (EAJA"), 28 U.S.C. § 2412(d), and Fed. Rules Civ. Pro. 54(d)(2)(A) & (B). Being fully advised in the premises and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that briefing on Plaintiff's Application[1] is stayed until February 28, 2022, at which time the parties will advise the Court on the status of their settlement discussions. If no agreement appears forthcoming, the parties will submit a proposed schedule for briefing the fee application.

DATED this 6th day of December, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 70.