# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br>   v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U. S. Department of the Interior, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-00064-SLG |

## ORDER RE JOINT MOTION FOR THE COURT TO ADOPT THE STIPULATED SETTLEMENT AGREEMENT

Before the Court at Docket 79 is the parties' *Joint Motion for the Court to Adopt the Stipulated Settlement Agreement*. Good cause being shown, the Joint Motion is GRANTED. The Court APPROVES the *Stipulated Settlement Agreement Regarding Payment of Attorneys' Fees and Costs* at Docket 79-1. IT IS HEREBY ORDERED that the terms and conditions of the Agreement are adopted as an enforceable order of this Court. The Court will retain jurisdiction to oversee compliance with the terms of the Agreement and to resolve any motions to modify such terms, until Defendants satisfy their obligations under the agreement.

DATED this 6th day of May, 2022 at Anchorage, Alaska.

                                                  */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE